JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>        Plaintiff,<br><br>  vs.<br><br>REGAL REPAIR, INC.; TOLUCA ENTERPRISES LLC; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 2:25-cv-00120-PD<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation from the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice.

SO ORDERED.

DATED: February 24, 2025

_____
Patricia Donahue
United States Magistrate Judge